# Court of Appeals
# of the State of Georgia

ATLANTA, July 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0858.  CELESTE COSTELLO v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR.**

Upon consideration of the consent motion for remand in the above-styled case, it is hereby ordered that the motion is GRANTED. Accordingly, we vacate the superior court's judgment, remand the case, and instruct the superior court to remand the matter to the Board of Review with instruction to address the merits of Celeste Costello's claim for Pandemic Unemployment Assistance benefits.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/12/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*